UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW SCHLESINGER, | ) |
| Plaintiff, | ) **CASE NO. 2:15-CV-2686-SM-SS** |
| vs. | ) **CIVIL ACTION** |
| CHECKERS DRIVE-IN RESTAURANTS, INC., | ) |
| Defendant. | ) |

## ORDER

Considering the CONSENT MOTION TO DISMISS ACTION WITH 60 DAY ORDER submitted by Andrew Schlesinger, Plaintiff, through his undersigned counsel, and the representations contained therein regarding the agreement of the parties to the material terms of a settlement and the consent of defendants to the entry of this Order:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Andrew Schlesinger, Plaintiff, in this action are hereby dismissed with prejudice, with each party to bear its own costs.

2. Any party may file a motion to reopen the action if a full and final settlement agreement is not consummated within sixty (60) days.

New Orleans, Louisiana this 6th day of October, 2015.

_____
Susie Morgan
United States District Judge